**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00189-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SAMSON LAMEMAN,

    Defendant.

**MINUTE ORDER**[1]

    Due to an unforseen circumstance, the continued hearing on the revocation hearing set for this day at 3:00 p.m, is **VACATED** and is **CONTINUED** to **July 12, 2012**, at 11:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing. .

    Dated: June 29, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.