**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00189-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. SAMSON LAMEMAN,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The continued hearing on the revocation hearing set for 11:00 a.m. today, is **VACATED** and is **CONTINUED** to **July 19, 2012**, at 11:00 a.m.

      Dated:  July 12, 2012

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.